UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAS International, Ltd.

    Plaintiff

    v.                                             CIVIL ACTION 1:20-11864-RGS

General Star Indemnity Company

    Defendant

## JUDGMENT

STEARNS, D.J.

    In accordance with the court's Memorandum and Order issued on February 19, 2021, granting defendant's Motion to Dismiss, it is hereby ORDERED:

    Judgment entered for General Star Indemnity Company.

|  |  |
|---|---|
| | By the court, |
| February 19, 2021 | /s/ Arnold Pacho |
| Date | Deputy Clerk |